**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATRICIA CLARKE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No. 3: 00CV1622 (PCD) |
| V. | : | |
| | : | |
| WILLIAM J. HENDERSON, | : | |
| POSTMASTER GENERAL | : | |
| | : | |
| Defendant. | : | January 9, 2004 |

**DEFENDANT'S NOTICE OF SERVICE OF PART B OF THE TRIAL PREPARATION ORDER**

______Pursuant to the Trial Preparation Order issued in this case, Defendant hereby gives notice to the Court of its service upon the Plaintiff of Part B of the Trial Preparation Order.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

______________________________
WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813

**CERTIFICATION**

This is to certify that the foregoing was delivered on January 9, 2004 to the following party:

Attorney John R. Williams
Williams & Pattis
51 Elm Street
New Haven, CT 06510

________________________________
William M. Brown, Jr.