39. Records of Dr. Micha Abeles, Rheumatology, 1998-2000.

    **Objection. Vague.**

40. Records of Dr. Marc Hillebrand, Psychology, 9/97- 11/00

    **Objection. Vague.**

41. Records of Dr. Phillip Luchini, Orthopedics, 2/93 - 1/01.

    **Objection. Vague.**

42. Records of Dr. James McVeety, Neurology, 7/94 -

    **Objection. Vague.**

43. Records of Dr. Martin Hasenfeld, neuro-surgery consultation report, 1/3/02. **Objection. Vague.**

44. Record of MRI- cervical spine, 3/28/01, Dr. Bruce Simonds.

    **Objection. Vague.**

45. Records of Dr. Kenneth Kramer, orthopedic surgeon, 2002 to present. **Objection. Vague.**

**PLAINTIFF'S WITNESSES**

1. The plaintiff, Patricia Clarke will testify on issues of liability and damages.

2. James Clarke, the plaintiff's husband, will testify concerning disparate treatment, failure to accommodate, hostile work

environment and damages.

3. Gerard Ahern, 24 Research Parkway, Wallingford, USPS, Manager at the facility. Mr. Ahern will testify concerning his contacts with the plaintiff and management decisions which affected her working conditions.

3. Roy Rotnofsky, 24 Research Parkway, Wallingford. USPS, Manager at the facility. Mr. Rotnofsky will testify concerning his knowledge of plaintiff's medical restrictions, requests made by the plaintiff for accommodation, and return to work issues in the spring and summer of 1997.

4. Richard Gattison, 24 Research Pkwy., USPS, Transportation manager at the facility. Mr. Gattison will testify concerning plaintiff's medical condition in 1997 and return to work issues.

5. David Peterson, USPS employee, tracks job bids at the Wallingford facility. He is a union steward who will testify concerning the variety of job functions, job openings which became available after April, 1997 at the Wallingford facility, and employee seniority rights under the labor agreement. (APWU)

6. Elizabeth Baumgartner, USPS, Personnel, Wallingford facility.

She will testify concerning positions which were available after April, 1997 at the Wallingford facility.

7. Richard Chandler, USPS, direct supervisor (retired), North Haven. He will testify concerning the defendant's knowledge of plaintiff's work restrictions and accommodations made for plaintiff at the mail sorting cases.

8. Bertha Stirling, OWCP (Office of Worker's Compensation Program), Boston, MA, will testify concerning her monitoring of plaintiff's medical condition in 1996 and 1997 and communications with plaintiff.

9. Palla Berg, OWCP, Boston, MA. She will testify concerning her conversations with the plaintiff in 1997.

10. Salvatore Friello, USPS, union steward, Wallingford facility. He will testify concerning his knowledge of accommodations for employees with restrictions.

11. Charles Kamilewicz, USPS, Human Resources, East Hartford.

12. Bernard McNamara, USPS, former plant manager, New Haven. He will testify concerning his knowledge of the plaintiff's disability and his policies as a manager toward employees with work

restrictions.

13. Donald D'Andrea, USPS, former plant manager, Wallingford (1996) He will testify concerning the plaintiff's work as a temporary secretary in 1995-6 at the Wallingford facility.

14. Patricia Bea, R. N., (medical coordinator, Federal OWCP), Guilford. She will testify concerning return to work issues in 1997.

15. Helen Wojciechowski, USPS. former maintenance secretary. She will testify concerning her work duties, the vacancy which was created when she retired and her knowledge of plaintiff's work restrictions and job duties in 1996.

16. Richard Uluski, USPS, former manager, in plant support, Wallingford facility.

    He will testify concerning his knowledge of the plaintiff's work restrictions and his actions to accommodate her from 1995-1996.

17. Dr. Robert Shoen, (Rheumatologist, Internist) He will testify concerning the plaintiff's Raynaud's condition.

18. Dr. Marc Hillbrand, Wallingford. (Psychologist) He will testify concerning his treatment of the plaintiff.

19. Dr. Phillip Luchini, New Haven (orthopedic surgeon) He will testify

concerning his treatment of the plaintiff.)

20. Dr. James McVeety, New Haven (neurologist) He will testify concerning his treatment of the plaintiff.

## VI. EVIDENCE LIKELY TO BE DISPUTED

None at this time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813

ANNA V. CRAWFORD
SPECIAL ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. ct01394

**CERTIFICATION**

This is to certify that the foregoing was hand-delivered and e-mailed on January 23, 2004 to the following party:

Attorney John R. Williams
Williams & Pattis
51 Elm Street
New Haven, CT 06510

William M. Brown, Jr.