UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 23 P 5: 06
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PATRICIA CLARKE, :
Plaintiff, :
V. : Civil No. 3: 00CV1622 (PCD)
WILLIAM J. HENDERSON, :
POSTMASTER GENERAL :
Defendant. : January 23, 2004

**DEFENDANT'S COMPLIANCE WITH PART C OF THE TRIAL PREPARATION ORDER**

- William M. Brown, Jr.
  Assistant U.S. Attorney
  P.O. Box 1824
  New Haven, CT 06508
  Federal Bar No. ct20813
  203-821-3700

  Anna V. Crawford
  U.S. Postal Service
  Windsor Law Office
  8 Griffin Road North
  Windsor, CT 06006-0170
  Federal Bar No. ct01394
  860-285-7309

- The case is a jury case.
- The estimate of trial time required for presentation of the case is five to eight trial days.
- Defendant agrees to a trial before Magistrate Joan Margolis.
- Defendant is unaware of any further pre-trial proceedings.

7. Plaintiff's basis for federal jurisdiction is invoked under the provisions of Sections 1331, 1343(3), 1367(a) and 2201(a) of Title 28 of the United States Code.

8. Plaintiff is claiming Defendant failed to offer Plaintiff a position to accommodate her disability; that Defendant discriminated against Plaintiff on the basis of age; and that Defendant denied Plaintiff equal protection under the law.

9. A list of voir dire questions is attached.

10. Pursuant to Local Rule 83.4, Defendant requests permission to make an opening statement to the jury subject to any limitations imposed by the Court. Should the Court deny this request, a written statement will be provided expeditiously.

11. Request for the jury charge is attached.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813

ANNA V. CRAWFORD
SPECIAL ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. ct01394

## CERTIFICATION

This is to certify that the foregoing was hand-delivered and e-mailed on January 23, 2004 to the following party:

Attorney John R. Williams
Williams & Pattis
51 Elm Street
New Haven, CT 06510

William M. Brown, Jr.