FILED
2004 JAN 23 P 5:06
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATRICIA CLARKE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No. 3:00CV1622 (PCD) |
| V. | : | |
| | : | |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | : | |
| | : | |
| | : | |
| Defendant. | : | January 23, 2004 |

## UNITED STATES' REQUESTED VOIR DIRE EXAMINATION OF THE JURY

The United States of America respectfully request that the following questions be asked of the prospective jurors, in addition to those generally asked by the Court.

1. The United States Postal Service is represented in this case by William M. Brown, Jr. of the United States Attorney's Office, and Anna V. Crawford of the United States Postal Service. Do any of you know Mr. Brown or Ms. Crawford? Are any of you related to Mr. Brown or Ms. Crawford in any way? If so, what is the relationship?

2. Do any of you know or are any of you related in any way to anyone associated with the United States Attorneys' Office or the United States Postal Service?

3. This case involves whether the United States Postal Service treated the Plaintiff properly in the context of the governing federal statutes, the Rehabilitation Acts of 1973 and 1974 and the ADEA. The issues you will have to decide are whether the plaintiff is disabled within the meaning of the Rehabilitation Act? If so, whether the plaintiff required an accommodation to perform her job? If so, did the United States Postal Service reasonably

accommodated her disability? Additionally, you will have to decide whether the Plaintiff was subjected to discrimination in her assignment based on her age.

4. Are any of you or your immediate family members disabled? If so, what is the nature of the disability? Are they presently working? Have any had problems at work associated with their disabilities? If so, the nature?

5. Do any of you know or are any of you related in any way to anyone associated with the United States Postal Service. If so, whom do you know and what is the relationship?

6. The plaintiff in this case is Patricia Clarke. Do any of you know or are any of you related in any way to Mrs. Clarke? If so, whom do you know and what is the relationship?

7. The plaintiff is represented by John Williams. Do any of you know Mr. Williams? If so, how are you acquainted with him and what is the relationship?

8. Have any of you retained the services of any of the lawyers mentioned thus far? If so, when and what was the nature of the legal problem?

9. As I have already told you, in this trial the plaintiff alleges that she has a disability and that the defendant Postal Service did not adequately accommodate her disability, discriminated against her because of her disability, and as a result she suffered financial loss and emotional pain and suffering. She specifically claims that she was not offered a position which she could perform or that the accommodation was inadequate under the law. Additionally, she claims that the failure to give her work she could perform was an act of discrimination based upon her disability.

10. Have any of you had an experience with the United States Postal Service, or the United States Government, which would cause you any difficulty in fairly evaluating the testimony from their employees one way or the other, or the evidence in general?

11. Is there anyone who feels that sympathy or compassion for a person who is disabled might interfere with his or her ability to render a verdict based on the facts as they are presented, and the law as I will charge it to you?

12. Is there anyone who has served as a member of a union or a union official?

13. Have any of you ever filed a complaint or claim against your employer?

14. Have you ever participated in a trial before, in any capacity? For example, have any of you ever been a party to a lawsuit, or a witness, or a juror? If so, when, in what court, and in what way did you participate?

15. Do you all understand that it will be your obligation as jurors on this case to decide the case based on the evidence presented to you in this courtroom without prejudice or sympathy, the law as I give it to you, and nothing else? Do any of you have any reason to believe that you would not be able to decide this case solely upon the evidence presented and the law as I give it to you?

16. Have you read, seen, or heard anything about this case, or do you have any knowledge, opinions, or concerns about any part of this case, which might influence or affect your consideration?

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813

## CERTIFICATION

This is to certify that the foregoing was hand-delivered and e-mailed on January 23, 2004 to the following party:

Attorney John R. Williams
Williams & Pattis
51 Elm Street
New Haven, CT 06510

William M. Brown, Jr.