C

FILED
JAN 23 3 52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA CLARKE, | : | |
| Plaintiff, | : | |
| V. | : | Civil No. 3: 00CV1622 (PCD) |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | : | |
| Defendant. | : | January 23, 2004 |

**PLAINTIFF'S COMPLIANCE WITH PART C OF THE TRIAL PREPARATION ORDER**

1. **ATTORNEYS WHO WILL TRY THE CASE:**

John R. Williams
51 Elm Street
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494

2. **THIS IS A JURY CASE.**

3. **LENGTH OF TRIAL:**

Ten (10) days of evidence.

4. **THE PLAINTIFF AGREES THAT THIS CASE MAY BE TRIED BY UNITED STATES MAGISTRATE JUDGE JOAN G. MARGOLIS, AND THEREUPON ENTER FINAL JUDGMENT.**

5. **FURTHER PROCEEDINGS:**

None needed.

6. **BASIS OF FEDERAL JURISDICTION:**

Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3), 1367(a) and 2201(a) of Title 28 of the United States Code.

7. **NATURE OF EACH CAUSE OF ACTION AND RELIEF SOUGHT:**

Disability, Age, Sex Discrimination. Plaintiff seeks damages for emotional distress and lost wages and benefits.

8. **PROPOSED VOIR DIRE QUESTIONS:**

Submitted herewith.

9. **WRITTEN STATEMENT IN LIEU OF OPENING STATEMENT:**

This is a case brought by a former employee of the United States Postal Service who has alleged that she was discriminated against by her employer because over the fifteen years that she was employed she developed physical disabilities from the repetitive nature of her work as a mail handler. She claims that after a shoulder surgery, her supervisors offered her a position which they knew she could not perform. When she refused to accept the position, and submitted appropriate medical documentation, her supervisors notified her that she would be terminated. The plaintiff also claims that she was discriminated against in this manner because of her prior history of activism in the work place concerning the rights of female employees. She claims damages for lost wages and emotional distress.

**10. REQUESTS TO CHARGE:**

Submitted herewith.

THE PLAINTIFF

Katrena Engstrom, Esq.
Fed. Bar. No. ct09444
Williams and Pattis, LLC
51 Elm St.
New Haven, CT 06510
(203) 562-9931
Fax: 776-9494

**CERTIFICATION**

A copy of the foregoing was mailed, first class, on the date set forth above to:

William Brown, Esq.
Assistant U. S. Attorney
157 Church St.
New Haven, CT

Attorney Anna V. Crawford
Windsor Law Office
U.S. Postal Service
8 Griffin Road North
Windsor, CT 06006-0170

KATRENA ENGSTROM