FILED

Jan 23 3 52 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA CLARKE, | : | |
| Plaintiff, | : | Civil No. 3: 00CV1622 (PCD) |
| V. | : | |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL | : | |
| Defendant. | : | January 23, 2004 |

**PLAINTIFF'S VOIR DIRE QUESTIONS**

1. This is a lawsuit for employment discrimination brought by a former postal service employee against the United States Postal Service. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against those they believe to be responsible? If so, please explain.

4. Have you or has anyone close to you ever been the victim of employment discrimination?

5. Have you or anyone close to you ever lost a job for reasons you considered to be unfair?

6. Has anyone here or anyone close to you ever been employed by any government agency, local, state or federal?

7. Do you know or have you read anything or heard anything about this case, the plaintiff or any of the lawyers involved in the case?

8. Has anyone here ever served as an appointed or elected official of state, city or local Government?

9. Has anyone here or anyone close to you ever been involved in any political campaigns or elections? If so, please provide details.

10. Has anyone here or any close to you ever been employed by an attorney?

11. Would you tend to favor one side or the other in this case without regard to the evidence which may be presented?

12. Does anyone here believe that allegations of employment discrimination should be treated less seriously than other kinds of illegal activity?

13. The plaintiff is female. Would anyone here be prejudiced either for or against him because of that fact?

14. The plaintiff claims that she is disabled. Would anyone here be prejudiced either for or against her because of that fact?

15. Is there anyone here who would refuse to return a verdict in favor of the plaintiff even if he proved his case?

THE PLAINTIFF

Katrena Engstrom, Esq.
Fed. Bar. No. ct09444
Williams and Pattis, LLC
51 Elm St.
New Haven, CT 06510
(203) 562-9931
Fax: 776-9494

**CERTIFICATION**

A copy of the foregoing was mailed, first class, on the date set forth above to:

William Brown, Esq.
Assistant U. S. Attorney
157 Church St.
New Haven, CT

Attorney Anna V. Crawford
Windsor Law Office
U.S. Postal Service
8 Griffin Road North
Windsor, CT 06006-0170

KATRENA ENGSTROM