**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATRICIA CLARKE,<br>Plaintiff,<br>V.<br>WILLIAM J. HENDERSON,<br>POSTMASTER GENERAL<br>Defendant. | : | Civil No. 3:00CV1622 (PCD)<br><br>February 4, 2003 |

JOINT STATUS REPORT AND REQUEST FOR STAY

The parties report that on February 3, 2004, the plaintiff, Patricia Clarke, was indicted by a New Haven grand jury on five counts of wire fraud in connection with her obtaining Social Security and other federal disability benefits. (See Attached).

Accordingly, the parties jointly request that this civil matter be stayed and removed from the jury selection calendar for March 3, 2004 pending resolution of the criminal charges.

Respectfully submitted,

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
FEDERAL BAR NO. ct20813

JOHN WILLIAMS, ESQ.
WILLIAMS & PATTIS
51 ELM STREET
NEW HAVEN, CT 06510
COUNSEL FOR PLAINTIFF

**U.S. Departm of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*
*157 Church Street*
*P.O. Box 1824*
*New Haven, Connecticut 06510*

*(203) 821-3700*
*Fax (203) 773-5376*
*www.usdoj.gov/usao/ct*

**FOR IMMEDIATE RELEASE**
**February 3, 2004**

CONTACT: Tom Carson
Public Information Office
(203) 821-3722
(203) 996-1393 (cell)

# WALLINGFORD WOMAN INDICTED FOR DISABILITY FRAUD

Kevin J. O'Connor, United States Attorney for the District of Connecticut, announced that PATRICIA CLARKE, age 50, of 24 Mapleview Road, Wallingford, Connecticut, was indicted by a grand jury in New Haven today on five counts of wire fraud in connection with her obtaining Social Security and other federal disability benefits while not actually being physically disabled.

According to the indictment, CLARKE, who was a U.S. Postal Service employee in Wallingford until September 1996, filed claims for disability in April and September 1999. CLARKE claimed that she was unable to work because of various physical ailments that precluded her gainful employment. She eventually was awarded disability and has been receiving $1171 per month, retroactive to September 1996.

"This case is representative of the Government's commitment to ensure the integrity of benefits programs designed to assist those persons who are no longer able to work as a result of a debilitating medical condition," United States Attorney O'Connor stated. "We will vigorously prosecute those who attempt to take advantage of that system of benefits."

U.S. Attorney O'Connor stressed that an indictment is only a charge and is not evidence of guilt. The defendant is entitled to a fair trial in which it will be the Government's burden to prove guilt beyond a reasonable doubt.

If convicted, CLARKE faces a maximum penalty on each count of five years' imprisonment, a fine of $250,000 and a three-year term of supervised release.

This case was investigated by the United States Postal Inspection Service and the Office of Investigations, Office of the Inspector General, Social Security Administration, and is being prosecuted by Assistant United States Attorney Peter A. Clark.

###