UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 12 9 33 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PATRICIA CLARKE, :
Plaintiff, :
:
v. : Civ. No. 3:00cv1622 (PCD)
:
WILLIAM J. HENDERSON :
Postmaster General, :
Defendant. :

**RULING ON JOINT MOTION FOR STAY**

The parties' joint status report and request for stay is construed as a motion for stay. The motion is **granted** as set forth herein.

This case was filed in August, 2000 and is three and one-half years old. The docket reflects that numerous motions for extensions of time and stays have been granted. Once again, the parties move for a stay and request that the case be removed from the March 3, 2004 jury selection calendar pending resolution of the criminal charges pending against Plaintiff. On February 3, 2004, Plaintiff was indicted by a New Haven grand jury on five counts of wire fraud in connection with her obtaining Social Security and other federal disability benefits.

The parties motion for stay [Doc. No. 45] is **granted**. The parties shall file a joint status report to the Court on or before April 12, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, February 11, 2004.

Peter C. Dorsey
Senior United States District Judge