**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATRICIA CLARKE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No. 3:00CV1622 (PCD) |
| V. | : | |
| | : | |
| WILLIAM J. HENDERSON, | : | |
| POSTMASTER GENERAL | : | |
| | : | |
| Defendant. | : | April 8, 2004 |

JOINT STATUS REPORT

Pursuant to the Court's order set forth in its Ruling on Joint Motion for Stay of February 11, 2004, the parties submit this status report regarding the matter of U.S. v. Patricia Clarke, 3:04CV21(SRU), the pending federal prosecution of the plaintiff in the above-captioned civil matter.

Pursuant to Judge Underhill's recently amended scheduling order, Ms. Clarke's pretrial motions are due **April 15, 2004.** The Government's responses are due **April 29, 2004.** Jury selection is scheduled for **May 13, 2004.** Trial is scheduled to begin on **June 1, 2004.**

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813