**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PATRICIA CLARKE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil No. 3:00CV1622 (PCD) |
| V. | : | |
| | : | |
| WILLIAM J. HENDERSON, | : | |
| POSTMASTER GENERAL | : | |
| | : | |
| Defendant. | : | June 1, 2004 |

UPDATED STATUS REPORT

Pursuant to the Court's order set forth in its Ruling on Joint Motion for Stay of February 11, 2004, the defendant submits this updated status report regarding the matter of U.S. v. Patricia Clarke, 3:04CR21(SRU), the pending federal prosecution of the plaintiff, Ms. Patricia Clarke, in the above-captioned civil matter. By endorsement orders of May 12 and 19, 2004, Judge Underhill granted Ms. Clarke's request for continuance and speedy trial waiver which were unopposed by the government. Accordingly, jury selection is now scheduled to begin on **October 14, 2004**, and trial is set to begin on **November 8, 2004.**

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

___________________________

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20813
william.m.brown@usdoj.gov

**CERTIFICATION**

This is to certify that the foregoing was mailed, postage pre-paid, on June 1, 2004, to the following party:

Attorney John R. Williams
Williams & Pattis
51 Elm Street
New Haven, CT 06510
Attorney for Plaintiff/Defendant

________________________________
William M. Brown, Jr., AUSA