**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
JUN 7 8 20 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PATRICIA CLARKE,
Plaintiff,

v. : Civ. No. 3:00cv1622 (PCD)

WILLIAM J. HENDERSON
Postmaster General,
Defendant.

**ORDER**

Defendant has filed an updated status report [Doc. No. 49] informing the court that the matter of U.S.A. v. Patricia Clarke, 3:04cr21(SRU), an underlying criminal matter, has been scheduled for trial to begin on November 8, 2004 [*see* Doc. No. 27 in 3:04cr21(SRU)].

The parties shall file a joint status report to the Court at the conclusion of the trial, and no later than November 22, 2004. Should the trial be deferred or delayed for any reason, the parties shall promptly file a joint status report.

SO ORDERED.

Dated at New Haven, Connecticut, June 4, 2004.

Peter C. Dorsey
United States District Judge