06 MAR 24 PM 1:52

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA CLARKE | : | |
| | : | |
| VS. | : | NO. 3:00CV1622 (PCD) |
| | : | |
| WILLIAM J. HENDERSON, | : | |
| POSTMASTER GENERAL | : | MARCH 22, 2006 |

**STIPULATION TO DISMISS**

The parties stipulate that this action may be dismissed with prejudice and without costs.

THE PLAINTIFF

BY: ______________________
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com

THE DEFENDANT

BY: ______________________
WILLIAM M. BROWN, JR.
Assistant U. S. Attorney
157 Church Street (23rd Floor)
New Haven, CT 06510
203.821.3700
william.m.brown@usdoj.gov
Federal Bar No. CT 20813